DAVID LOPEZ, ESQ.  DL-6779
Attorney for Plaintiff
171 Edge of Woods Road, P.O. Box 323
Southampton, New York 11969-0323
Tel:        631.287.5520
Fax:       631.283.4735
e-Mail:    DavidLopezEsq@aol.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AARON RUBENSTEIN,

    Plaintiff,

-against-

CHRISTIAN LEONE, ET AL,

    Defendants

-and-

RCS CAPITAL CORP.,

    Nominal Defendant.

_____/

1:15-cv-9794 (NRB)

NOTICE OF DISMISSAL

**NOTICE IS HEREBY GIVEN** that this action is dismissed pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.  Issue has not been joined.

Dated:   Southampton, New York
         July 18, 2016

Yours, etc.

*/s/ David Lopez*
David Lopez, Esq. (DL-6779)

SO ORDERED:

_____
Naomi Reice Buchwald, Sr. U.S.D.J.
New York, New York
July      , 2016

1